```
INTEGRATED  COLORADO  ONLINE  NETWORK  (ICON)

Status:              CLSD              District Court, Boulder County
Case #: 2024 CV 030905      Div/Room: 2      Type: Discrimination
                    DOE, JANE vs. HONG, DAVY et al

                                                         DV STATUS:
Case File Date: 11/01/2024   Case Close Date: 2/21/2025  Appealed: N
                             Confidential Intermediary.............:

                        Bar #    Name
     Judicial Off...: 043250  MICHAEL KOTLARCZYK
     Alt Jud Officer: 045256  THOMAS MICHAEL WARD
                        Description              Stat  Date       Time      Appear Rm/
     Trial..........:                                             0:00
     Next Schd Event: Review                     VACT  3/12/2025  6:00 A
     Last Schd Event: Review                     VACT  2/07/2025  6:00 A
     Last Event.....: Notice of Removal          n/a   2/21/2025

     Attorney(s)....: Y  +

     Judgements............:N
     Motions Filed.........:Y

     Amount Prayed for.....:              .00

     Jury Fee Paid.........:Y


                        ----- PARTIES -----
PARTY  ROL STS   NAME                          ATTORNEY                       ROL
DEF  1           HONG, DAVY                    MINTZ, MARCUS L                PRV
           Work Address............: 5340 Airport Blvd
                                   : Boulder, CO  80301
DEF  2           BLUE CANYON TECHNOLOGIES LLC  MINTZ, MARCUS L                PRV
           Business Address........: 2550 Crescent Dr
                                   : Lafayette, CO  80026
DEF  3           BLUE CANYON TECHNOLOGIES INC  MINTZ, MARCUS L                PRV
           Business Address........: 2550 Crescent Dr
                                   : Lafayette, CO  80026
DEF  4           RAYTHEON TECHNOLOGIES CORPOR  MINTZ, MARCUS L                PRV
           Business Address........: 1000 Wilson Blvd
                                   : Arlington, VA  22209
PTF  1           DOE, JANE                     RUSKIEWICZ, MARIA              PRV
FILE DATE   EVENT DESCRIPTION
11/01/2024  Complaint & Jury Demand          Event ID: 000001    E-Filed: J
              PTF/    DOE, JANE
Complaint w/Jury Demand FA178C2E72760
11/01/2024  Civil Case Cover Sheet           Event ID: 000002    E-Filed: J
              PTF/    DOE, JANE
Civil Case Cover Sheet - 16.1 does not apply FA178C2E72760
11/01/2024  Summons                          Event ID: 000003    E-Filed: J
              PTF/    DOE, JANE
Summons FA178C2E72760
 1/03/2025  Order                            Event ID: 000004    E-Filed: J
Delay Prevention Order - Proof of Service
FILE DATE   SCHEDULED EVENT DESCRIPTION      SCHD DATE   TIME       ROOM   APPEAR
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION       SCHD DATE    TIME      ROOM  APPEAR
 1/03/2025   Review                            1/03/2025   06:00 AM    X
      Officer: MICHAEL KOTLARCZYK                        Length:  1.00 Hour(s)
      Status.: VACT-Vacated                              Note..:  Status
 2/03/2025   Amended Complaint                 Event ID: 000005    E-Filed: J
             PTF/    DOE, JANE
Complaint - Amended B0BB8D221E34D
 2/03/2025   Motion                            Event ID: 000006    E-Filed: J
             PTF/    DOE, JANE
MOTION FOR LEAVE TO FILE COMPLAINT AND AMENDED COMPLAINT UNDER PSEUDONYM
B0BB8D221E34D
             Related Event   ORDR Order                             2/11/2025
 2/06/2025   Return of Service                 Event ID: 000007    E-Filed: J
             PTF/    DOE, JANE
Return of Service Davy Hong/ BCT - 02/04/25 EC629679B12EB
 2/06/2025   Return of Service                 Event ID: 000008    E-Filed: J
             PTF/    DOE, JANE
Return of Service Raytheon Technologies Corporation -02/03/25 EC629679B12EB
 2/06/2025   Return of Service                 Event ID: 000009    E-Filed: J
             PTF/    DOE, JANE
Return of Service  Blue Canyon Technologies LLC - 02/03/25 EC629679B12EB
 2/06/2025   Return of Service                 Event ID: 000010    E-Filed: J
             PTF/    DOE, JANE
Return of Service Blue Canyon Technologies Inc - 02/03/25 EC629679B12EB
 2/07/2025   Review                            2/07/2025   06:00 AM    X
      Officer: MICHAEL KOTLARCZYK                        Length:  1.00 Hour(s)
      Status.: VACT-Vacated                              Note..:  RSP DPO ROS?
 2/11/2025   Order                             Event ID: 000011    E-Filed: J
Ruling: DENIED, Document Title: Order:MOTION FOR LEAVE TO FILE COMPLAINT AND
AMENDED COMPLAINT UNDER PSEUDONYM
             Related Event   MOTN Motion                            2/03/2025
 2/21/2025   Closed- Case Transferred          Event ID: 000012    E-Filed: N
THE CASE HAS BEEN REMOVED TO US DISTRICT COURT
CASE NO. 1:25-CV-00580-STV                                                 /MRM
 2/21/2025   Exhibit-Attach to Pleading/Doc    Event ID: 000013    E-Filed: J
             DEF/    HONG, DAVY
             DEF/    BLUE CANYON TECHNOLOGIES LLC
             DEF/    BLUE CANYON TECHNOLOGIES INC
             DEF/    RAYTHEON TECHNOLOGIES CORPORATION
Exhibit - A to Notice of Filing of Notice of Removal 85892E4C86634
 2/21/2025   Notice of Removal                 Event ID: 000014    E-Filed: J
             DEF/    HONG, DAVY
             DEF/    BLUE CANYON TECHNOLOGIES LLC
             DEF/    BLUE CANYON TECHNOLOGIES INC
             DEF/    RAYTHEON TECHNOLOGIES CORPORATION
Notice of Filing of Notice of Removal 85892E4C86634
 2/21/2025   Review                            3/12/2025   06:00 AM    X
      Officer: MICHAEL KOTLARCZYK                        Length:  1.00 Hour(s)
      Status.: VACT-Vacated                              Note..:  ANSWERS FILED?

                  End of Case: 2024 CV 030905
```