# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# BOULDER DIVISION

Civil Action No. 1:25-cv-00580-STV

JANE DOE,

      Plaintiff,

v.

DAVY HONG, BLUE CANYON TECHNOLOGIES, LLC, BLUE CANYON TECHNOLOGIES, INC., AND RAYTHEON TECHNOLOGIES CORPORATION,

      Defendants.

## ORDER ON JOINT STIPULATION FOR REMAND TO BOULDER COUNTY, DISTRICT COURT AND TO VACATE PENDING DEADLINES PENDING REMAND

Before this Court is the Stipulation of Plaintiff and Defendants to remand this case to the Boulder County District Court of the State of Colorado. Having reviewed the Stipulation and for good cause shown, the Court hereby GRANTS the stipulation and IT IS ORDERED:

1. This case is remanded back to the District Court, Boulder County, Colorado, in the case entitled, *Jane Doe v. Davy Hong, Blue Canyon Technologies, LLC, Blue Canyon Technologies, Inc., and Raytheon Technologies Corporation*, Case No. 2024CV30905.

2. Each party shall bear its own attorneys' fees and costs with respect to removal and subsequent remand.

3. All deadlines, hearings, and other dates in this matter are VACATED.

_____

Chief Magistrate Judge Scott T. Varholak